JS-6

FILED
CLERK, U.S. DISTRICT COURT

9/25/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES SCHWAB & CO., INC., <br><br> Plaintiff, <br><br> v. <br><br> STEINER & LIBO, Professional Corporation, and NICHOLAS BEHUNIN, <br><br> Defendants. | Case No. 2:14-cv-08433-AB (AGRx) <br><br><br> ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled (*see* Dkt. No. 54.);

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days**, to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action, and this Order shall not prejudice any party to this action.

DATED: September 25, 2015

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE